```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Jacqueline O'Neil,                              :
                                                :
                Plaintiff,                      :       ORDER IN SOCIAL SECURITY CASE
                                                :
        -against-                               :       21-CV-2468 (AT) (KHP)
                                                :
Commissioner of Social Security,                :
                                                :
                Defendant.                      :
---------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge**.

In granting the parties request for an extension of time to submit the joint stipulation, the Court wants to direct the parties to the Order filed at ECF No. 15. In an effort to preserve scarce judicial resources and accelerate the process, the Court wants to remind the parties that they have the option of consenting to decision of this action by a United States Magistrate Judge (that is, the undersigned). There is no adverse consequence to the parties if they elect not to consent to decision by a Magistrate Judge.

If both parties consent to Magistrate Judge jurisdiction, they should complete and sign the consent form available on the Southern District website at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge. The completed, signed form should be returned to the Honorable Analisa Torres for approval. If, by March 11, 2022, either or both parties do not consent, counsel for Defendant shall report that the parties do not consent, without indicating any particular party's consent or non-consent.

**SO ORDERED.**

Dated:  February 25, 2022
        New York, New York

KATHARINE H. PARKER
United States Magistrate Judge