**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JACQUELINE O.,

                Plaintiff,                  21 **CIVIL** 2468 (AT)(GRJ)

     -v-                                     **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 26, 2022, the Court has OVERRULED Plaintiff's objections to the R&R, has ADOPTED the R&R's conclusions, and has GRANTED judgment on the pleadings for the Commissioner; accordingly, the case is closed.

**Dated:**  New York, New York
        September 27, 2022

                                              **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                       **BY:**    *K. Mango*

                                                   **Deputy Clerk**